UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| JACQUELYNE NICOLE JONES<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., and FIFTH THIRD BANK, NATIONAL ASSOCIATION<br><br>Defendants. | C/A No. **9:25-cv 02638-BHH**<br><br>**RULE 26(f) REPORT** |

  The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____ We agree that the schedule set forth in the Conference and Scheduling Order filed **June 24, 2025** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

X_____ We agree that the schedule set forth in the Conference and Scheduling Order filed **June 24, 2025** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| /s/ David Maxfield | /s/ Anthony W. Livoti |
| *Signature of Plaintiff's Counsel* | *Signature of Defendant's Counsel* |
| David Maxfield for Jacquelyne Nicole Jones | Anthony W. Livoti, for Trans Union LLC |
| *Printed Name of Plaintiff's Counsel and Party Represented* | *Printed Name of Defendant's Counsel and Party Represented* |
| | /s/ Lyndey R.Z. Bryant |
| *Signature of Plaintiff's Counsel* | *Signature of Defendant's Counsel* |
| | Lyndey R.Z. Bryant for Experian Information Solutions, Inc. |
| *Printed Name of Plaintiff's Counsel and Party Represented* | *Printed Name of Defendant's Counsel and Party Represented* |
| | /s/ G. Benjamin Milam |
| *Signature of Plaintiff's Counsel* | *Signature of Defendant's Counsel* |
| | G. Benjamin Milam for Fifth Third Bank, N.A. |
| *Printed Name of Plaintiff's Counsel and Party Represented* | *Printed Name of Defendant's Counsel and Party Represented* |
| | |
| *Signature of Plaintiff's Counsel* | *Signature of Defendant's Counsel* |
| | |
| *Printed Name of Plaintiff's Counsel and Party Represented* | *Printed Name of Defendant's Counsel and Party Represented* |
| *Dated:* July 29, 2025 | *Dated:* July 29, 2025 |